**Denied and Opinion Filed June 4, 2021**



**In the**

**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00383-CV**

**IN RE JOSE IGNACIO GARCIA, Relator**

**Original Proceeding from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-15-01517-1**

## MEMORANDUM OPINION

Before Justices Myers, Partida-Kipness, and Carlyle
Opinion by Justice Carlyle

In his April 28, 2021 petition for writ of mandamus, relator asks this Court to compel respondent, a democratically elected judge, to resign. Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that he lacks an adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). The petition does not meet the requirements of Texas Rules of Appellate Procedure 52.3 or 52.7, and, in any event, relator has failed to show an abuse of discretion. Accordingly, we deny the petition for writ of mandamus.

210383f.p05

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE